UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
■ ..................................................■

THUY LE,

              Plaintiff,

  -against-

MACY'S INC.; MACY'S RETAIL
HOLDINGS, INC.; MACY'S CORPORATE
SERVICES, INC., BLUMERCURY and jointly
and individually MARGUERITE (MAGGIE)
DEWINE, REXANA RODRIGUEZ and KATE
FISHER,

              Defendants.
■ ..................................................■

Civil Action No. 1:18-cv-07709 (ER)

**NOTICE OF MOTION TO DISMISS**

To:    Laurie E. Morrison, Esq.
        Law Offices of Laurie E. Morrison 100
        Church Street, 8th Floor
        New York, New York 10007
        *Attorney for Plaintiff*

        **PLEASE TAKE NOTICE** that Defendants Macy's Inc., Macy's Retail Holdings, Inc. and Macy's Corporate Services, Inc. (hereinafter "the Macy's Defendants") will move before the Honorable Edgardo Ramos, United States District Judge for the United States District Court for the Southern District of New York, at the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007, for an order pursuant to Fed. R. Civ. P. 12(b)(6) dismissing the Complaint with prejudice on the grounds that it fails to state a claim upon which relief may be granted against them.

        **PLEASE TAKE FURTHER NOTICE** that in support of their motion, the Macy's Defendants will rely on the accompanying Memorandum of Law in Support of the Macy's

1

Defendants' Motion to Dismiss the Complaint, any oral argument heard by the Court, and upon all other papers and proceedings herein.

Dated: January 11, 2019

                                      SCHOEMAN UPDIKE KAUFMAN
                                      & GERBER LLP

By: _____
                                      David H. Ganz, Esq.
                                      155 Willowbrook Boulevard, Suite 300
                                      Wayne, New Jersey 07470
                                      Tel. No.: (973) 256-9000
                                      Fax No.: (973) 256-9001
                                      dganz@schoeman.com
                                      Attorneys for Defendants Macy's Inc.,
                                      Macy's Retail Holdings, Inc., Macy's
                                      Corporate Services, Inc., and Bluemercury
                                      Inc.