UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

■ ..................................................■

THUY LE,

    Plaintiff,

 -against-

MACY'S INC.; MACY'S RETAIL HOLDINGS, INC.; MACY'S CORPORATE SERVICES, INC., BLUMERCURY and jointly and individually MARGUERITE (MAGGIE) DEWINE, REXANA RODRIGUEZ and KATE FISHER,

    Defendants.

■ ..................................................■

Civil Action No. 1:18-cv-07709 (ER)

**STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS OR ATTORNEYS' FEES**

Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, it is hereby stipulated by and between the undersigned that all of plaintiff's claims against all the defendants in this lawsuit, including those defendants not served with the Summons and Complaint, be and hereby are dismissed with prejudice and without costs or attorneys' fees against any party.

| | |
|---|---|
| LAW OFFICES OF LAURIE E. MORRISON<br>Attorney for Plaintiff | SCHOEMAN UPDIKE KAUFMAN & GERBER LLP<br>Attorneys for Macy's Inc., Macy's Retail Holdings, Inc., Macy's Corporate Services, Inc., and Bluemercury Inc. |
| *(signed)*<br>Laurie E. Morrison<br>100 Church Street, 8th Floor<br>New York, New York 10007<br>Telephone (212) 721-4051<br>Fax (646) 651-4821 | *(signed)*<br>David H. Ganz<br>155 Willowbrook Boulevard, Suite 300<br>Wayne, New Jersey 07470<br>Telephone (973) 256-9000<br>Fax (973) 256-9001 |